No. 298. BYERLY *v.* COMMISSIONER OF INTERNAL REVENUE. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Lee E. Joslyn, Jr.* and *Alan W. Joslyn* for petitioner. *Solicitor General McGrath, Assistant Attorney General McGregor, Sewall Key, Robert N. Anderson* and *William Robert Koerner* for respondent.

No. 306. TURNER ET AL. *v.* DEMING ET AL. October 14, 1946. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *George C. Gertman* for petitioners. *John U. Gardiner* for respondents.

No. 307. LORENTZ *v.* R. K. O. RADIO PICTURES, INC. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Walter S. Hilborn* for petitioner. *Guy Knupp* for respondent.

No. 309. FRENCH ET AL. *v.* FRENCH. October 14, 1946. Petition for writ of certiorari to the Supreme Court of Kansas denied. *Russell N. Pickett* for petitioners. *Robert C. Foulston* and *John F. Eberhardt* for respondent.

No. 317. ESTATE OF DECASTRO *v.* COMMISSIONER OF INTERNAL REVENUE. October 14, 1946. Petition for